IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 4:11CR3029 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JEROD J. OLIVERIUS, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Motion to Withdraw, filing 50. James McGough has entered an appearance on behalf of the defendant. With this change of counsel, the defendant is now on his third attorney for this case. Although the court will grant Mr. Vanderslice's motion to withdraw, the trial date is not continued.

Accordingly,

IT IS ORDERED:

1)      Assistant Federal Public Defender John C. Vanderslice and the Office of the Federal Public Defender shall be permitted to withdraw as counsel of record for Mr. Oliverius. The Clerk is directed to remove Mr. Vanderslice and the Office of the Federal Public Defender from all future ECF notifications in this case.

2)      Trial of this case remains set to commence on August 6, 2012.

DATED this 9th day of July, 2012.

BY THE COURT:

s/ *Cheryl R Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge